# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bea, Carlos T. | U.S. Court of Appeals for the Ninth Circuit | 03/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | ▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. | 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | San Francisco Judges' Retirement (pension) | $116,870.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Banco Santander (cash) | A | Interest | J | T | | | | | |
| 3.   �no text | G | Distribution | O | V | | | | | |
| 4.   Trees (Spain) | | None | N | W | | | | | |
| 5.   Account #1 (H) | | | | | | | | | |
| 6.   UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | |
| 7.   Adobe Systems (ADBE) | | None | L | T | Sold<br>(part) | 02/10/20 | J | D | |
| 8.   Advance Auto Parts Inc (AAP) | A | Dividend | K | T | | | | | |
| 9.   Akamai Tech (AKAM) | | None | K | T | Sold<br>(part) | 04/13/20 | J | B | |
| 10. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 11.  Alcon Inc CHF (ALC) | | None | K | T | Buy | 04/02/20 | J | | |
| 12. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 13. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 14. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 15. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 16. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 17. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alexion Phar (ALXN) | | None | K | T | Buy (add'l) | 04/20/20 | J | | |
| 19. Alibaba Group Hldg (BABA) | | None | K | T | Sold (part) | 10/28/20 | J | B | |
| 20. | | | | | Sold (part) | 11/02/20 | J | B | |
| 21. Alphabet Inc CL A (GOOGL) | | None | | | Sold | 06/18/20 | K | E | |
| 22. Alphabet Inc CL C (GOOG) | | None | | | Sold | 08/03/20 | L | E | |
| 23. Amazon.com (AMZN) | | None | M | T | Sold (part) | 03/24/20 | J | A | |
| 24. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 25. American Express (AXP) | A | Dividend | | | Sold (part) | 11/06/20 | J | A | |
| 26. | | | | | Sold (part) | 11/20/20 | J | A | |
| 27. | | | | | Sold (part) | 11/24/20 | J | A | |
| 28. | | | | | Sold (part) | 12/02/20 | J | A | |
| 29. | | | | | Sold (part) | 12/07/20 | J | A | |
| 30. | | | | | Sold (part) | 12/08/20 | J | A | |
| 31. | | | | | Sold (part) | 12/10/20 | J | A | |
| 32. | | | | | Sold | 12/14/20 | J | B | |
| 33. Amgen Inc. (AMGN) | A | Dividend | K | T | Buy | 03/13/20 | J | | |
| 34. | | | | | Buy (add'l) | 03/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 36. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 37. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 38. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 39. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 40. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 41. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 42. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 43. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 44. Anheuser Busch (BUD) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | | |
| 45. Apple Inc (AAPL) | A | Dividend | L | T | Buy (add'l) | 02/27/20 | J | | |
| 46. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 47. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 48. | | | | | Sold (part) | 09/03/20 | J | C | |
| 49. Aptiv PLC (APTV) | | None | K | T | Buy | 02/27/20 | J | | |
| 50. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 51. | | | | | Buy (add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 05/27/20 | J | | |
| 53. | | | | | | Buy (add'l) | 06/10/20 | J | | |
| 54. | | | | | | Buy (add'l) | 06/11/20 | J | | |
| 55. | ASML Holding NV Spon Adr (ASML) | | None | K | T | Buy | 11/02/20 | J | | |
| 56. | Atlassian Corp PLC Cl A (TEAM) | | None | J | T | Buy | 11/05/20 | J | | |
| 57. | | | | | | Buy (add'l) | 11/19/20 | J | | |
| 58. | Biomarin Pharmaceutical Inc (BMRN) | | None | K | T | | | | | |
| 59. | Blackrock Inc (BLK) | | None | | | Sold | 01/10/20 | K | B | |
| 60. | Carrier Global Corp (CARR) | | None | | | Spinoff (from line 133) | 04/03/20 | J | | |
| 61. | | | | | | Sold | 04/14/20 | J | | |
| 62. | C H Robinson Worldwide Inc New (CHRW) | A | Dividend | | | Buy (add'l) | 05/13/20 | J | | |
| 63. | | | | | | Buy (add'l) | 05/20/20 | J | | |
| 64. | | | | | | Buy (add'l) | 05/28/20 | J | | |
| 65. | | | | | | Sold (part) | 09/23/20 | J | A | |
| 66. | | | | | | Sold (part) | 10/05/20 | J | A | |
| 67. | | | | | | Sold (part) | 10/09/20 | J | A | |
| 68. | | | | | | Sold (part) | 10/23/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/26/20 | J | A | |
| 70. | | | | | Sold (part) | 10/30/20 | J | A | |
| 71. | | | | | Sold (part) | 11/02/20 | J | A | |
| 72. | | | | | Sold | 11/18/20 | J | A | |
| 73. Comcast (CMCSA) | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 74. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 75. | | | | | Sold (part) | 12/10/20 | J | A | |
| 76. | | | | | Sold (part) | 12/18/20 | J | A | |
| 77. Costco Whoesale (COST) | B | Dividend | K | T | | | | | |
| 78. Ecolab Inc (ECL) | A | Dividend | K | T | Sold (part) | 02/27/20 | J | A | |
| 79. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 80. Equinix Inc REIT (EQIX) | A | Dividend | K | T | | | | | |
| 81. Facebook Inc (FB) | | None | L | T | Buy (add'l) | 06/18/20 | J | | |
| 82. Fidelity Natl Info Svcs (FIS) | A | Dividend | K | T | Buy (add'l) | 04/06/20 | J | | |
| 83. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 84. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 85. Grainger WW (GWW) | A | Dividend | K | T | Buy (add'l) | 12/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Home Depot (HD) | A | Dividend | K | T | Sold (part) | 04/06/20 | J | A | |
| 87. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 88. IHS Markit Ltd (INFO) | A | Dividend | K | T | Buy (add'l) | 09/01/20 | J | | |
| 89. Johnson & Johnson (JNJ) | A | Dividend | | | Sold (part) | 03/03/20 | J | A | |
| 90. | | | | | Sold (part) | 03/13/20 | J | | |
| 91. | | | | | Sold (part) | 03/19/20 | J | | |
| 92. | | | | | Sold | 03/24/20 | J | | |
| 93. Linde PLC Eur (LIN) | A | Dividend | | | Sold (part) | 02/26/20 | J | B | |
| 94. | | | | | Sold (part) | 02/28/20 | J | A | |
| 95. | | | | | Sold (part) | 03/02/20 | J | A | |
| 96. | | | | | Sold (part) | 03/04/20 | J | A | |
| 97. | | | | | Sold | 03/06/20 | J | A | |
| 98. MC Cormick & Co (MKC) | A | Dividend | | | Sold (part) | 03/06/20 | J | A | |
| 99. | | | | | Sold (part) | 03/09/20 | J | A | |
| 100. | | | | | Sold (part) | 03/10/20 | J | A | |
| 101. | | | | | Sold (part) | 03/13/20 | J | A | |
| 102. | | | | | Sold | 03/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 104.  Monster Beverage Corp New Com (MNST) | | None | K | T | Buy | 03/05/20 | J | | |
| 105. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 106. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 107. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 108. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 109. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 110.  Nutanix Inc Cl A (NTNX) | | None | J | T | Buy (add'l) | 01/22/20 | J | | |
| 111.  Nvidia Corp (NVDA) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | B | |
| 112. | | | | | Sold (part) | 04/20/20 | J | A | |
| 113.  NXP Semiconductors NV Com Eur (NXPI) | A | Dividend | K | T | Buy | 07/30/20 | J | | |
| 114. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 115. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 116. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 117. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 118.  Oracle Corp (ORCL) | A | Dividend | | | Sold (part) | 01/17/20 | J | A | |
| 119. | | | | | Sold (part) | 03/03/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 03/05/20 | J | A | |
| 121. | | | | | Sold (part) | 03/16/20 | J | | |
| 122. | | | | | Sold | 03/25/20 | J | | |
| 123.  Otis Worldwide Corp (OTIS) | A | Dividend | | | Spinoff (from line 133) | 04/03/20 | J | | |
| 124. | | | | | Sold (part) | 05/28/20 | J | | |
| 125. | | | | | Sold | 05/29/20 | J | | |
| 126.  Palo Alto Network (PANW) | | None | K | T | Sold (part) | 02/05/20 | J | B | |
| 127. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 128. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 129.  Pioneer Natural Resources (PXD) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 130. | | | | | Sold (part) | 04/22/20 | J | | |
| 131. | | | | | Sold | 04/29/20 | J | | |
| 132.  Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 133.  Raytheon Technologies Corp (RTX) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 134. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 135. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 136.  Salesforce.com Inc. (CRM) | | None | K | T | Buy (add'l) | 02/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 02/06/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 141. Schwab, Charles (SCHW) | A | Dividend | | | Sold<br>(part) | 03/05/20 | J | A | |
| 142. | | | | | Sold<br>(part) | 03/09/20 | J | A | |
| 143. | | | | | Sold<br>(part) | 06/05/20 | J | A | |
| 144. | | | | | Sold<br>(part) | 06/12/20 | J | A | |
| 145. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 146. | | | | | Sold | 06/24/20 | J | | |
| 147. Splunk Inc (SPLK) | | None | K | T | Buy<br>(add'l) | 12/03/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 149. Texas Instruments (TXN) | A | Dividend | K | T | | | | | |
| 150. Thermo Fisher (TMO) | A | Dividend | L | T | | | | | |
| 151. Uber Technologies Inc (UBER) | | None | K | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Ulta Beauty Inc. (ULTA) | | None | K | T | Buy | 05/21/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 06/23/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 162. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 163.  UPS (UPS) | B | Dividend | K | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 164. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 165.  UnitedHealth Group (UNH) | A | Dividend | L | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 166.  UNTD Technologies Corp (UTX) | | None | | | Buy | 02/26/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 172. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 173. | | | | | Merged (with line 133) | 04/03/20 | J | | |
| 174. Visa Inc (V) | A | Dividend | L | T | Buy (add'l) | 08/04/20 | J | | |
| 175. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 176. VM Ware (VMW) | | None | K | T | Buy (add'l) | 06/18/20 | J | | |
| 177. Walt Disney Co (DIS) | A | Dividend | K | T | Sold (part) | 04/09/20 | J | | |
| 178. Workday Inc Cl A (WDAY) | | None | J | T | Buy | 12/07/20 | J | | |
| 179. Zoetis Inc (ZTS) | A | Dividend | K | T | Buy (add'l) | 04/06/20 | J | | |
| 180. Account #2 (H) | | | | | | | | | |
| 181. UBS Bank Deposit (cash) | A | Interest | L | T | | | | | |
| 182. Account #3 (H) | | | | | | | | | |
| 183. UBS Bank USA FDIC Insured Deposit (cash) (Y) | | | | | | | | | |
| 184. UBS Tax-Free Reserves Fd Cl A (STFXX) (cash equivalent) | B | Dividend | O | T | | | | | |
| 185. JPMorgan Chase (JPM) | D | Dividend | M | T | | | | | |
| 186. Ishares Core High Dividend (HDV) | E | Dividend | O | T | | | | | |
| 187. SPDR S&P 500 ETF Tr (SPY) | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Dodge & Cox Stock Fund (DODGX) | B | Dividend | K | T | | | | | |
| 189. California Pub Works 5%, Due 10/01/21 (130685WJ5) (Y) | | | | | | | | | |
| 190. California St Gen Oblig 5%, due 04/01/20 (13063A4K7) (Y) | | | | | | | | | |
| 191. California St Pub Works, 5%, Due 04/01/20 (1306852T6) | B | Interest | | | Redeemed | 04/01/20 | K | | |
| 192. Trustees of the CA St Un RV Pref 5% 05/01/20 (13077DJU7) (X) | A | Interest | | | Redeemed | 05/01/20 | K | | |
| 193. Cupertino Cal 5%, Due 08/01/20 (231237XV5) | B | Interest | | | Redeemed | 08/01/20 | K | | |
| 194. East Bay Ca Mud Water 4%, Due 06/01/21 (271014VG4) | A | Interest | K | T | | | | | |
| 195. Campbell CA Un High 5% 08/01/21 (134159UR1) | B | Interest | K | T | | | | | |
| 196. San Ramon Valley Cal 4%, Due 08/01/21 (799408P52) | B | Interest | L | T | | | | | |
| 197. State of California 5%, Due 10/01/21 (13063BPU0) | B | Interest | K | T | | | | | |
| 198. Chaffy Cmnty College 5% Due 06/01/22 (157432FX8) | B | Interest | L | T | | | | | |
| 199. Los Angeles CA 5%, Due 06/01/22 (53945CBN9) | B | Interest | K | T | | | | | |
| 200. East Bay Cal Mut Wtr 5% 06/01/22 (271014XW7) | B | Interest | K | T | | | | | |
| 201. San Francisco CA Bay 5% 07/01/22 (797669YP7) | B | Interest | L | T | | | | | |
| 202. Napa Valley Ca 4%, Due 08/01/22 (6303615K5) | A | Interest | K | T | | | | | |
| 203. Huntington Beach CA 5%, Due 08/01/22 (446222UC3) | B | Interest | K | T | | | | | |
| 204. California St Pub Works 5%, Due 03/01/23 (13068LDX0) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. San Francisco CA 5%, Due 06/15/23 (797646QD1) | A | Interest | K | T | | | | | |
| 206. San Diego CA Cmnty 5% 08/01/23 (797272PP0) | A | Interest | K | T | | | | | |
| 207. Huntington Beach CA 5%, Due 08/01/23 (446222UD1) | B | Interest | L | T | | | | | |
| 208. Bakersfield CA Wastewtr 5% 09/15/23 (05753PCA8) | B | Interest | K | T | | | | | |
| 209. California Infrastructure 5%, Due 10/01/24 (13034AEF3) | B | Interest | K | T | | | | | |
| 210. Los Angeles CA 5%, Due 07/01/24 (544495ZE7) | B | Interest | L | T | | | | | |
| 211. Metropolitan Wtr Dist 5% Due 07/01/24 (59266TLU3) | B | Interest | K | T | | | | | |
| 212. Los Angeles CA 5%, Due 08/01/29 (54438CTD4) | B | Interest | K | T | | | | | |
| 213. Santa Clara CA 5%, Due 08/01/24 (801546NF5) | B | Interest | K | T | | | | | |
| 214. Bay Area Toll Auth CA 5% 04/01/25 (072024UY6) | B | Interest | K | T | | | | | |
| 215. Los Angeles CA 5%, Due 07/01/25 (544525QP6) | B | Interest | K | T | | | | | |
| 216. Santa Monica-Malibu USD 4% 07/01/25 (802498PY5) | B | Interest | K | T | | | | | |
| 217. Pacific Grove CA 5%, Due 08/01/25 (694393NB1) | B | Interest | K | T | | | | | |
| 218. Ukiah CA 4%, Due 08/01/25 (903698DT2) | B | Interest | L | T | | | | | |
| 219. University of CA, 5%, Due 05/15/26 (91412GUC7) | B | Interest | L | T | | | | | |
| 220. Oxnard Cal UHSD 5% 08/01/26 (692039MD9) | B | Interest | K | T | | | | | |
| 221. Sacramento Mun Util Dist 5% 08/15/26 (786005WM6) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Bay Area Water Supply, 5%, Due 10/01/26 (072031BE6) | C | Interest | L | T | | | | | |
| 223. San Mateo CA 5%, Due 06/01/27 (799054GZ8) | C | Interest | M | T | | | | | |
| 224. St of California 5% Due 10/01/27 (13063B4N9) | C | Interest | M | T | | | | | |
| 225. Alameda County CA 5.250%, Due 12/01/27 (010831CB9) | C | Interest | L | T | | | | | |
| 226. Los Gatos-Saratoga CA 5% Due 08/01/28 (545540DH6) | B | Interest | L | T | | | | | |
| 227. Bakersfield 5% Due 09/15/28 (05753PCF7) | B | Interest | K | T | | | | | |
| 228. CA St Un RV Pref 5%, Due 11/01/28 (13077CUL6) (Y) | | | | | | | | | |
| 229. California St 5% Due 08/01/29 (13063CVM9) | B | Interest | L | T | | | | | |
| 230. Napa Valley 5%, Due 08/01/29 (6303616Y4) | B | Interest | K | T | | | | | |
| 231. Northern Ca Pwr 5%, Due 07/01/30 (664845EH3) | B | Interest | K | T | | | | | |
| 232. California St 5% Due 08/01/30 (13063C6F2) | B | Interest | L | T | | | | | |
| 233. Franklin CA High Yield Muni (FCAMX) | E | Dividend | P1 | T | | | | | |
| 234. Franklin Global Bond Fund (TPINX) | E | Dividend | O | T | | | | | |
| 235. Vanguard CA Intermediate Term Tax-Exempt Fund Admiral (VCADX) | E | Dividend | P1 | T | Buy | 04/22/20 | O | | |
| 236. Account #4 (H) | | | | | | | | | |
| 237. UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | |
| 238. Air Prod & Chemical Inc (APD) | B | Dividend | L | T | Buy | 02/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 02/27/20 | K | | |
| 240. | | | | | Buy<br>(add'l) | 02/28/20 | K | | |
| 241. | | | | | Sold<br>(part) | 04/20/20 | J | | |
| 242. Altria Group (MO) | D | Dividend | L | T | Buy<br>(add'l) | 03/20/20 | K | | |
| 243. | | | | | Sold<br>(part) | 04/20/20 | J | | |
| 244. Apple Inc (AAPL) | B | Dividend | M | T | Sold<br>(part) | 02/26/20 | K | D | |
| 245. | | | | | Sold<br>(part) | 04/20/20 | K | D | |
| 246. | | | | | Sold<br>(part) | 07/24/20 | L | E | |
| 247. | | | | | Sold<br>(part) | 08/25/20 | K | E | |
| 248. Berkshire Hathaway (BRK.B) | | None | M | T | Sold<br>(part) | 04/20/20 | K | D | |
| 249. | | | | | Buy<br>(add'l) | 07/24/20 | K | | |
| 250. Blackrock Inc (BLK) | C | Dividend | M | T | Sold<br>(part) | 04/20/20 | K | C | |
| 251. Carinval Corp (CCL) | B | Dividend | | | Sold | 03/20/20 | K | | |
| 252. Chevron Corp (CVX) | C | Dividend | L | T | Sold<br>(part) | 04/20/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 04/24/20 | K | | |
| 254. Cinn Financial Corp (CINF) | B | Dividend | L | T | Sold<br>(part) | 04/20/20 | J | C | |
| 255. Cisco Systems (CSCO) | C | Dividend | L | T | Sold<br>(part) | 04/20/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Coca Cola Co (KO) | B | Dividend | K | T | Sold (part) | 04/20/20 | J | A | |
| 257.  Comcast Corp New Cl A (CMCSA) | | None | L | T | Buy | 12/08/20 | L | | |
| 258. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 259.  Crown Castle Int'l (CCI) | C | Dividend | L | T | Sold (part) | 04/20/20 | K | D | |
| 260.  Domimion Resources (DAL) Delta Air Lines Inc DELA New (DAL) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 261. | | | | | Sold | 04/24/20 | K | | |
| 262.  Diageo PLC (DEO) | B | Dividend | L | T | Sold (part) | 04/20/20 | K | C | |
| 263. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 264.  Domimion Resources (D) | C | Dividend | L | T | Sold (part) | 04/20/20 | K | B | |
| 265.  Fastenal Co (FAST) | C | Dividend | L | T | Sold (part) | 04/20/20 | K | C | |
| 266. | | | | | Sold (part) | 08/27/20 | K | D | |
| 267. | | | | | Sold (part) | 08/28/20 | K | D | |
| 268.  Franklin Resources Inc (BEN) | B | Dividend | K | T | Sold (part) | 04/20/20 | J | | |
| 269.  Intel Corp (INTC) | B | Dividend | L | T | Sold (part) | 04/20/20 | K | D | |
| 270.  Johnson & Johnson (JNJ) | C | Dividend | M | T | Sold (part) | 04/20/20 | K | C | |
| 271. | | | | | Buy (add'l) | 07/24/20 | K | | |
| 272. | | | | | Buy (add'l) | 10/07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Kinder Morgan (KMI) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 274. | | | | | Sold | 04/24/20 | K | | |
| 275. Lowes Companies (LOW) | B | Dividend | M | T | Sold (part) | 04/20/20 | J | C | |
| 276. Merck & Co (MRK) | C | Dividend | L | T | Sold (part) | 04/20/20 | K | D | |
| 277. Microsoft Corp (MSFT) | B | Dividend | M | T | Sold (part) | 04/20/20 | K | E | |
| 278. Nestle SA (NSRGY) | B | Dividend | L | T | Buy (add'l) | 03/20/20 | J | | |
| 279. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 280. | | | | | Sold (part) | 04/20/20 | J | C | |
| 281. Nintendo Ltd ADR New Japan ADR (NTDOY) | B | Dividend | L | T | Buy | 08/26/20 | K | | |
| 282. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 283. | | | | | Buy (add'l) | 08/28/20 | K | | |
| 284. Norfolk Southern (NSC) | B | Dividend | M | T | Sold (part) | 04/20/20 | K | D | |
| 285. Paccar Inc (PCAR) | B | Dividend | | | Sold (part) | 02/26/20 | J | | |
| 286. | | | | | Sold | 02/27/20 | K | B | |
| 287. Paychex Inc (PAYX) | B | Dividend | L | T | Sold (part) | 04/20/20 | J | C | |
| 288. Pfizer Inc (PFE) | C | Dividend | L | T | Sold (part) | 04/20/20 | K | A | |
| 289. Philip Morris (PM) | C | Dividend | L | T | Buy (add'l) | 04/24/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 291. | | | | | Sold<br>(part) | 04/20/20 | J | | |
| 292.  Target Corp (TGT) | B | Dividend | L | T | Sold<br>(part) | 04/20/20 | J | D | |
| 293.  Texas Instruments (TXN) | C | Dividend | M | T | Sold<br>(part) | 04/20/20 | J | B | |
| 294. | | | | | Buy<br>(add'l) | 10/07/20 | K | | |
| 295.  UPS (UPS) | C | Dividend | M | T | Sold<br>(part) | 04/20/20 | J | | |
| 296.  Verizon Communications (VZ) | C | Dividend | L | T | Sold<br>(part) | 04/20/20 | K | B | |
| 297. | | | | | Buy<br>(add'l) | 07/24/20 | K | | |
| 298.  Viatris Inc (VTRS) | | None | | | Spinoff<br>(from line 288) | 11/17/20 | J | | |
| 299. | | | | | Sold | 12/15/20 | J | A | |
| 300.  Wells Fargo & Co (WFC) | B | Dividend | | | Sold<br>(part) | 04/20/20 | J | | |
| 301. | | | | | Sold | 10/07/20 | K | | |
| 302.  Account #5 (H) | | | | | | | | | |
| 303.  UBS Money Fund, Inc. Deposit A/C (cash) | A | Dividend | K | T | | | | | |
| 304.  Adobe Systems (ADBE) | | None | K | T | Sold<br>(part) | 02/06/20 | J | C | |
| 305. | | | | | Sold<br>(part) | 04/20/20 | K | D | |
| 306.  Advance Auto Parts Inc (AAP) | A | Dividend | K | T | Sold<br>(part) | 04/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 308.  Akamai Tech (AKAM) | | None | K | T | Sold (part) | 04/13/20 | J | B | |
| 309. | | | | | Sold (part) | 04/20/20 | J | D | |
| 310.  Alcon Inc (ALC) | | None | J | T | Buy | 04/02/20 | J | | |
| 311. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 312. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 313. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 314. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 315. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 316. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 317.  Alexion Phar (ALXN) | | None | K | T | Buy (add'l) | 04/20/20 | J | | |
| 318.  Alibaba Group Holdings LTD (BABA) | | None | K | T | Buy (add'l) | 04/06/20 | J | | |
| 319. | | | | | Sold (part) | 04/20/20 | J | B | |
| 320. | | | | | Sold (part) | 10/28/20 | J | B | |
| 321. | | | | | Sold (part) | 11/02/20 | J | B | |
| 322.  Alphabet Inc CL A (GOOGL) | | None | | | Sold (part) | 04/20/20 | J | C | |
| 323. | | | | | Sold | 06/18/20 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Alphabet Inc CL C (GOOG) | | None | | | Sold (part) | 04/20/20 | K | C | |
| 325. | | | | | Sold | 08/03/20 | K | D | |
| 326.  Amazon.com (AMZN) | | None | M | T | Sold (part) | 03/24/20 | J | A | |
| 327. | | | | | Sold (part) | 04/20/20 | L | E | |
| 328. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 329.  American Express (AXP) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 330. | | | | | Sold (part) | 11/06/20 | J | A | |
| 331. | | | | | Sold (part) | 11/20/20 | J | A | |
| 332. | | | | | Sold (part) | 11/24/20 | J | A | |
| 333. | | | | | Sold (part) | 12/02/20 | J | A | |
| 334. | | | | | Sold (part) | 12/07/20 | J | A | |
| 335. | | | | | Sold (part) | 12/08/20 | J | A | |
| 336. | | | | | Sold (part) | 12/10/20 | J | A | |
| 337. | | | | | Sold | 12/14/20 | J | A | |
| 338.  Amgen Inc (AMGN) | A | Dividend | K | T | Buy | 03/13/20 | J | | |
| 339. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 340. | | | | | Buy (add'l) | 03/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 342. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 343. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 344. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 345.  Anheuser Busch (BUD) | A | Dividend | K | T | Sold<br>(part) | 03/09/20 | J | | |
| 346.  Apple Inc (APPL) | A | Dividend | L | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 347. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 348. | | | | | Sold<br>(part) | 04/20/20 | K | D | |
| 349. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 350. | | | | | Sold<br>(part) | 09/03/20 | J | C | |
| 351.  Aptiv PLC (APTV) | | None | K | T | Buy | 02/27/20 | J | | |
| 352. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 353. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 354. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 355.  ASML Holding NV Spon Adr (ASML) | | None | K | T | Buy | 11/02/20 | J | | |
| 356.  Atlassian Corp PLC Cl A (TEAM) | | None | J | T | Buy | 11/05/20 | J | | |
| 357. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Sold (part) | 04/20/20 | J | A | |
| 359. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 360. Blackrock Inc (BLK) | | None | | | Sold | 01/08/20 | K | B | |
| 361. Carrier Global Corp (CARR) | | None | | | Spinoff (from line 448) | 04/03/20 | J | | |
| 362. | | | | | Sold | 04/09/20 | J | | |
| 363. C H Robinson Worldwide Inc New (CHRW) | A | Dividend | | | Sold (part) | 09/23/20 | J | A | |
| 364. | | | | | Sold (part) | 10/05/20 | J | A | |
| 365. | | | | | Sold (part) | 10/09/20 | J | A | |
| 366. | | | | | Sold (part) | 10/23/20 | J | A | |
| 367. | | | | | Sold (part) | 10/26/20 | J | A | |
| 368. | | | | | Sold (part) | 10/30/20 | J | A | |
| 369. | | | | | Sold (part) | 11/02/20 | J | A | |
| 370. | | | | | Sold | 11/18/20 | J | A | |
| 371. Comcast (CMCSA) | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 372. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 373. | | | | | Sold (part) | 04/20/20 | J | | |
| 374. | | | | | Sold (part) | 12/10/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 12/18/20 | J | A | |
| 376. Costco Whoesale (COST) | A | Dividend | K | T | Sold (part) | 04/20/20 | J | D | |
| 377. Ecolab Inc (ECL) | A | Dividend | K | T | Sold (part) | 02/27/20 | J | A | |
| 378. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 379. | | | | | Sold (part) | 04/20/20 | J | B | |
| 380. Equinix Inc Reit (EQIX) | A | Dividend | K | T | Sold (part) | 04/20/20 | J | C | |
| 381. Facebook Inc (FB) | | None | L | T | Buy (add'l) | 02/04/20 | J | | |
| 382. | | | | | Sold (part) | 04/20/20 | K | B | |
| 383. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 384. Fidelity Natl Info Svcs (FIS) | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |
| 385. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 386. | | | | | Sold (part) | 04/20/20 | J | | |
| 387. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 388. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 389. Grainger WW (GWW) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 390. | | | | | Sold (part) | 04/20/20 | J | C | |
| 391. Home Depot (HD) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 04/06/20 | J | A | |
| 393. | | | | | Sold (part) | 04/20/20 | J | C | |
| 394. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 395.  IHS Markit LTD (INFO) | A | Dividend | K | T | Sold (part) | 04/20/20 | J | B | |
| 396. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 397.  Johnson & Johnson (JNJ) | A | Dividend | | | Sold (part) | 03/03/20 | J | A | |
| 398. | | | | | Sold (part) | 03/13/20 | J | | |
| 399. | | | | | Sold (part) | 03/19/20 | J | | |
| 400. | | | | | Sold | 03/24/20 | J | | |
| 401.  Linde PLC (LIN) | A | Dividend | | | Sold (part) | 02/26/20 | J | A | |
| 402. | | | | | Sold (part) | 02/28/20 | J | A | |
| 403. | | | | | Sold (part) | 03/02/20 | J | A | |
| 404. | | | | | Sold (part) | 03/04/20 | J | A | |
| 405. | | | | | Sold | 03/06/20 | J | B | |
| 406.  MC Cormick & Co (MKC) | A | Dividend | | | Sold (part) | 03/06/20 | J | A | |
| 407. | | | | | Sold (part) | 03/09/20 | J | A | |
| 408. | | | | | Sold (part) | 03/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 03/13/20 | J | A | |
| 410. | | | | | Sold | 03/17/20 | J | A | |
| 411.  Microsoft Corp (MSFT) | A | Dividend | L | T | Sold (part) | 04/20/20 | K | E | |
| 412. | | | | | Sold (part) | 05/12/20 | J | B | |
| 413. | | | | | Sold (part) | 05/21/20 | J | B | |
| 414.  Monster Beverage Corp New Com (MNST) | A | Dividend | K | T | Buy | 03/05/20 | J | | |
| 415. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 416. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 417. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 418. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 419. | | | | | Sold (part) | 04/20/20 | J | | |
| 420. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 421.  Nutanix Inc Cl A (NTNX) | | None | J | T | Buy (add'l) | 01/22/20 | J | | |
| 422. | | | | | Sold (part) | 04/20/20 | J | | |
| 423.  Nvidia Corp (NVDA) | A | Dividend | K | T | Sold (part) | 04/17/20 | J | B | |
| 424. | | | | | Sold (part) | 04/20/20 | J | D | |
| 425.  NXP Semiconductors NV Com Eur (NXPI) | | None | K | T | Buy | 07/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 427. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 428. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 429. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 430. Otis Worldwide Corp (OTIS) | A | Dividend | | | Spinoff (from line 448) | 04/03/20 | J | | |
| 431. | | | | | Sold (part) | 05/28/20 | J | | |
| 432. | | | | | Sold | 05/29/20 | J | | |
| 433. Oracle Corp (ORCL) | A | Dividend | | | Sold (part) | 01/15/20 | J | A | |
| 434. | | | | | Sold (part) | 03/03/20 | J | | |
| 435. | | | | | Sold (part) | 03/05/20 | J | A | |
| 436. | | | | | Sold (part) | 03/16/20 | J | | |
| 437. | | | | | Sold | 03/25/20 | J | | |
| 438. Palo Alto Network (PANW) | | None | K | T | Sold (part) | 02/03/20 | J | B | |
| 439. | | | | | Sold (part) | 04/20/20 | J | B | |
| 440. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 441. Pioneer Natural Resources (PXD) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 442. | | | | | Sold (part) | 04/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 04/22/20 | J | | |
| 444. | | | | | Sold (part) | 04/27/20 | J | | |
| 445. | | | | | Sold | 04/29/20 | J | | |
| 446. Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 447. | | | | | Sold (part) | 04/20/20 | J | C | |
| 448. Raytheon Technologies Corp (RTX) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 449. | | | | | Sold (part) | 04/20/20 | J | | |
| 450. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 451. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 452. Salesforce.com Inc (CRIM) | | None | K | T | Buy (add'l) | 02/03/20 | J | | |
| 453. | | | | | Buy (add'l) | 02/06/20 | J | | |
| 454. | | | | | Sold (part) | 04/20/20 | J | A | |
| 455. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 456. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 457. Schwab, Charles (SCHW) | A | Dividend | | | Sold (part) | 03/05/20 | J | A | |
| 458. | | | | | Sold (part) | 03/09/20 | J | A | |
| 459. | | | | | Sold (part) | 04/20/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 06/05/20 | J | A | |
| 461. | | | | | Sold (part) | 06/12/20 | J | | |
| 462. | | | | | Sold (part) | 06/16/20 | J | | |
| 463. | | | | | Sold | 06/24/20 | J | | |
| 464. Splunk Inc (SPLK) | | None | K | T | Sold (part) | 04/20/20 | J | C | |
| 465. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 466. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 467. Texas Instruments (TXN) | A | Dividend | K | T | Sold (part) | 04/20/20 | J | B | |
| 468. Thermo Fisher (TMO) | A | Dividend | K | T | Sold (part) | 04/20/20 | J | D | |
| 469. Uber Technologies Inc (UBER) | | None | K | T | Sold (part) | 04/20/20 | J | | |
| 470. Ulta Beauty Inc (ULTA) | | None | K | T | Buy | 05/21/20 | J | | |
| 471. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 472. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 473. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 474. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 475. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 476. | | | | | Buy (add'l) | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 478. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 479. | | | | | Sold (part) | 11/24/20 | J | A | |
| 480. UPS (UPS) | B | Dividend | K | T | Sold (part) | 04/20/20 | J | | |
| 481. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 482. | | | | | Sold (part) | 12/07/20 | J | A | |
| 483. United Health Group (UNH) | A | Dividend | L | T | Buy (add'l) | 04/07/20 | J | | |
| 484. | | | | | Sold (part) | 04/20/20 | K | D | |
| 485. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 486. UNTD Technologies Corp (UTX) | | None | | | Buy | 02/26/20 | J | | |
| 487. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 488. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 489. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 490. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 491. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 492. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 493. | | | | | Merged (with line 448) | 04/03/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Visa Inc (V) | A | Dividend | L | T | Sold (part) | 04/20/20 | K | D | |
| 495. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 496. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 497. VM Ware (VMW) | | None | K | T | Sold (part) | 04/20/20 | J | B | |
| 498. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 499. Walt Disney Co (DIS) | A | Dividend | K | T | Sold (part) | 04/09/20 | J | | |
| 500. | | | | | Sold (part) | 04/20/20 | J | | |
| 501. Workday Inc Cl A (WDAY) | | None | J | T | Buy | 12/07/20 | J | | |
| 502. Zoetis Inc (ZTS) | A | Dividend | K | T | Buy (add'l) | 04/06/20 | J | | |
| 503. | | | | | Sold (part) | 04/20/20 | J | D | |
| 504. Account #6 (H) | | | | | | | | | |
| 505. UBS Bank Deposit (cash) | A | Interest | N | T | | | | | |
| 506. SPDR S&P 500 ETF TR (SPY) | B | Dividend | | | Sold | 04/20/20 | M | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bea, Carlos T.** | 03/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and II: Corresponding reportable assets are included in Part VII.

Part VII, line 3: Valuation was determined by the Los Angeles County Assessor's Appeal Board.

Part VII, line 4: Located on ▮▮▮▮ land.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Bea, Carlos T.** | 03/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544